Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LISA ANN ROMERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN ROMERO ) | Case No.: 2:19-cv-01465-EFB |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE OPENING BRIEF |
| ) | |
| ANDREW SAUL, ) | (FIRST REQUEST) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Lisa Ann Romero and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 34 days from December 28, 2019 to January 31, 2020 for Plaintiff to file ~~an Opening Brief~~ her motion for summary judgment and/or remand, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. In addition, counsel has a large case load as well as longstanding vacation plans. Plaintiff apologizes to the Court of any inconvenience caused by this delay.

DATE: December 9, 2019       Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY: _____
Brian C. Shapiro
Attorney for plaintiff Lisa Ann Romero

DATE:  December 9. 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Marcelo N. Illarmo*

BY: _____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED

DATED:  December 11, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE