McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA ANN ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01465-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 24, 2020 to March 16, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed to respond to the motion due to undersigned counsel's workload, including district courts brief due February 21 and February 24.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & ~~Prop~~. Order for Ext.; Case .: 2:19-cv-01465-EFB 1

- Defendant shall file a response to Plaintiff's motion and his cross-motion for summary judgment on or before March 16, 2020; and
- Plaintiff may file a reply brief and opposition to the cross-motion for summary judgment within twenty one (21) days after service of Defendant's response, on or before April 6, 2020.

Respectfully submitted,

Dated: February 19, 2020     */s/ Brian Shapiro\**
(*as authorized via e-mail on 2/19/20)
BRIAN SHAPIRO
Attorney for Plaintiff

Dated: February 19, 2020     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: February 20, 2020

                         THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge