**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA ANN ROMERO,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant | Case No.: 2:19-cv-01465-EFB<br><br>{<s>PROPOSED</s>} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,100.00 as authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: October 6, 2020

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE